IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SANDRA S. FORTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-cv-52-CSC |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Now pending before the court is the defendant's second motion for an extension of time to file his brief (doc. # 15). Upon consideration of the motion and for good cause, it is

ORDERED that the defendant's motion for an extension of time to file his brief (doc. # 15) be and is hereby GRANTED and the deadline for filing his brief be and is hereby EXTENDED from August 4, 2008 until **September 2, 2008.**

The defendant is specifically advised that, absent extraordinary circumstances, no further extensions will be granted.

Done this 4th day of August, 2008.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE